# United States District Court

## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | **SEALED** |
| HOLLY MARIE WHYDE | CASE NUMBER: 1:16-mj-0126 |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From approximately 2013 to the present, in Bartholomew County, Johnson County and elsewhere, in the Southern District of Indiana, defendant did,

knowingly and willfully make false statements relating to health care matters, in violation of Title 18, United States Code, Section 1035, and commit aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a).   I further state that I am a Special Agent, and that this complaint is based on the following facts:

See attached Affidavit

**Continued on the attached sheet and made a part hereof.**

David White, Special Agent
HHS-OIG

**Sworn to before me, and subscribed in my presence**

February 17, 2016                              at     Indianapolis, Indiana
**Date**

Denise K. LaRue, U.S. Magistrate Judge
**Name and Title of Judicial Officer**                       **Signature of Judicial Officer**

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT

*Under Seal*

David R. White, Special Agent, United States Department of Health and Human Services, Office of Inspector General, Office of Investigations, Indianapolis, Indiana, being duly sworn, states:

### *Introduction*

1.  I am a Special Agent with the United States Department of Health and Human Services, Office of Inspector General (OIG). I have been so employed by the OIG for the past eighteen years. I have participated in investigations involving health care fraud and other violations of Federal law. I am also assigned as a Task Force Officer with the Southern District of Indiana's Federal Health Care Fraud Task Force. Prior to my current employment, I was employed as the Deputy Chief Investigator for the Missouri Medicaid Fraud Control Unit and also as a Criminal Investigator for the Indiana Medicaid Fraud Control Unit. I am a Law Enforcement Officer of the United States and I am empowered to conduct investigations, execute warrants, and to make arrests for offenses committed against the United States enumerated in, but not limited to, Titles 18 and 42 of the United States Code.

2.  I am currently assigned to a matter that involves the investigation of Holly Marie Whyde. This investigation has identified that Whyde has made false statements relating to health care matters and has knowingly possessed and used, without lawful authority, a means of identification of another person. I have participated in the investigation of the offenses described within this affidavit. The statements contained in this affidavit are based in part on information provided by, and conversations held with, Detectives from the Columbus (Indiana) Police

1

Department, Special Agents of the OIG, Investigators from the State of Indiana, Government witnesses, and on my experience and background as a Special Agent of the OIG. Since this affidavit is being submitted for the purpose of securing an arrest warrant for Whyde, I have not included each and every fact that has been revealed through the course of this investigation. I have set forth only the facts that are believed to be necessary to establish the required foundation for the issuance of the requested warrant.

3. The purpose of this affidavit is to set forth probable cause for the issuance of a warrant for the arrest of Whyde. Whyde resides at 51 Osage Court in Columbus, Indiana.

### *Federal Statutes*

4. **False statements relating to health care matters**: Title 18, United States Code, Section 1035 makes it unlawful for any person, in any matter involving a health care benefit program, to knowingly and willfully make any materially false, fictitious, or fraudulent statements or representations, or make or use any materially false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry, in connection with the delivery of or payment for health care benefits, items, or services.

5. **Aggravated identity theft**: Title 18, United States Code, Section 1028A(a) makes it unlawful for a person to knowingly possess or use, without lawful authority, a means of identification of another person during and in relation to various crimes, including a violation of 18 U.S.C. § 1035, listed above. Title 18, United States Code, Section 1028(d)(7)(A) defines "means of identification" to include a State or government issued identification number.

### *Initiation of Investigation*

6. On February 9, 2016, the OIG initiated an investigation into Whyde based on information obtained from the Columbus Police Department (CPD). This information was that

Whyde had unlawfully obtained and utilized a Registered Nurse's (RN) license that belonged to another person. Further, Whyde used this RN license, and its corresponding unique Indiana State license number, to obtain employment at various nursing homes as a Director of Nursing. As Director of Nursing, she provided services that are funded, in part, by the Medicare and Indiana Medicaid Programs. The Medicare and Indiana Medicaid Programs are health care benefit programs within the meaning of Title 18, United States Code, Section 24(b).

7. According to Detective Chris Couch of the CPD, he had obtained the information above through the following:

- Holly Marie Aumick (Aumick) is an RN who has the following Indiana State RN license number: XXXXX898A. Aumick stated that in late September or October of 2015, while attempting to renew her RN license online, she discovered that it had already been renewed and that demographic information on her RN license had been changed. These changes included her telephone number being changed to 317-450-5838 and her address being changed to 23890 Harcourt Lane in Columbus, Indiana. Aumick resides in Lowell, Indiana, and has resided in Lowell, Indiana, since 1997.

- This had happened to Aumick before. In 2013, while renewing her RN license at that time, she discovered that it had already been renewed and that demographic information on her RN license had been changed. These changes included her telephone number being changed to 317-450-5838 and her address being changed to 932 Gristmill Drive, in Franklin, Indiana. At the time she had thought this was a clerical error, but when it occurred again in September or October of 2015, she called the police. Amick initially spoke with the Indiana Professional Licensing Agency's (IPLA), and then spoke with representatives of the Indiana Attorney General's Office, before being referred to her

3

local police department which was the Lowell Indiana Police Department (LPD). Aumick subsequently was contacted by the CPD.

8. Investigation revealed that the above address of 932 Gristmill Drive in Franklin, Indiana, as well as the 317-450-5838 telephone number – listed without Aumick's consent on her RN license – are affiliated with Whyde. Further investigation revealed that Whyde had used Aumick's RN license while working as an RN and Director of Nursing at the Kindred Transitional Care and Rehabilitation Center (Kindred) in Columbus, Indiana. Whyde had worked in this capacity at Kindred for over one year. She was terminated in December 2015 after questions about her license surfaced.

9. On February 9, 2016, I accessed the Indiana Professional Licensing Agency's (IPLA) online license verification system. This revealed that Whyde is not an RN. She does have a Licensed Practical Nurse (LPN) license, which requires a lower skill level than an RN.

10. On February 10, 2016, I reviewed copies of Whyde's personnel file, which Detective Couch had obtained from Kindred. Whyde's personnel file revealed that she falsely stated the following:

- That she was a licensed RN, when she was not;
- That her RN license number was XXXXX898A, when in actuality, this was Holly Marie Aumick's RN license number;
- That her previous name was Holly Marie Aumick, when it was not;
- That her Social Security Number was XXX-78-XXXX, when in actuality, this was Holly Marie Aumick's Social Security Number with one digit changed;

4

11. Whyde's personnel file included a copy of her purported RN license in the name and number of Holly Marie Aumick, but listing Franklin, Indiana – Whyde's city of residence at approximately that time.

12. I observed that Whyde also listed a different last name that she claimed to have previously used as being Pluskota. I was subsequently informed by Holly Marie Aumick, who resides in Lowell, Indiana, that her maiden name is Pluskota.

### *Interview of Holly Marie Aumick*

13. On February 11, 2016, I interviewed Holly Marie Aumick. Aumick was already aware of the investigation into the possible misuse of her nursing license by another person. She verified that she is a licensed RN, has been an RN since 1991, and her RN license number is XXXXX898A – the RN license number Whyde provided to Kindred. She stated that her license number has never changed, and that her RN license number is a unique identification number that is specific to only her.

14. Aumick stated that she has resided at her current address in Lowell, Indiana since 1997. She stated that she has never lived, nor worked, in Franklin or Columbus, Indiana.

15. Aumick stated that she never authorized any person to use or change her RN license, license number, or license information. Aumick stated that by doing her own investigating she learned that a person named Holly Marie Whyde was likely the person who used her RN license. Aumick stated that she has never met Whyde and does not know her. Aumick confirmed that she never authorized Whyde to possess, use, or change Aumick's RN license, license number, or license information.

16. Aumick stated that she obtained her bachelor's degree in nursing from Governors State University (GSU) in Illinois. Aumick stated that she has never needed to request copies of

her transcripts from GSU and definitively stated that she did not request them in September of 2014. Aumick stated that her maiden name, which she used while attending GSU, was Pluskota.

### *Whyde's Unauthorized Use of Aumick's College Transcripts and Further Unauthorized Use of Aumick's RN License*

17. On February 11, 2016, I contacted the registrar's office at GSU. The registrar was able to confirm that the transcripts for Holly Marie Pluskota (Aumick) were requested by Holly Whyde on September 6, 2014, and subsequently supplied to Whyde. As part of this same investigation, the Indiana Attorney General's Office also requested similar information from GSU via subpoena. Below is an excerpt of the information that was provided to the Indiana Attorney General's Office by GSU:

**Governors State University**
Transcript Requests - Search Results for: Fulfilled Orders , 14507915

| Consent Rec'd | Student Information | Recipient |
|---|---|---|
| 9/6/2014 | WHYDE, HOLLY<br>DOB: 01/31/XXXX<br>SSN: XXX-XX-7976<br>Phone: 317-450-5838<br>Email: holly.whyde@gmail.com<br>Name While In School: HOLLY MARIE PLUSKOTA<br>Currently Enrolled? No<br>Attended: 1990 - 1994<br>Update Official School Records? Yes | HOLLY WHYDE<br>ATTN: HOLLY M WHYDE<br>932 GRISTMILL DR<br>FRANKLIN, IN 46131<br>Phone: 317-450-5838 |

18. On February 11, 2016, I reviewed copies of additional information that Detective Couch had secured from the Morning Breeze Healthcare Center (MBH) and the Heart of Cardon (HOC) health care facilities. This information revealed that within days of being confronted about the questions involving her license at Kindred in December 2015, Whyde began applying to other health care centers – again, using Aumick's information.

19. This information revealed that on December 14, 2015, Whyde completed an application for employment at MBH. She was seeking a Director of Nursing position and listed Aumick as a previous last name. Whyde falsely told MBH that she was an RN and that her RN license was registered under her previous last name of Aumick.

20. On December 21, 2015 Whyde completed an application at HOC, another facility. Again, she falsely claimed to be an RN and falsely listed Aumick's RN license number as her own. Whyde also listed the name Aumick in parentheses next to her last name on the application. Excerpts from this application are below:

**HEART OF CARDON**
*Inspired living and compassionate care*

**APPLICATION FOR EMPLOYMENT**

Today's Date: 12/21/2015

HEART OF CARDON, LLC is an equal opportunity employer. Applicants are considered for employment without regard to race, color, ancestry, national origin, religion, sex, age, marital status, pregnancy, and to afford equal opportunities to disabled veterans, veterans of the Vietnam era, and individuals with a disability or any other characteristic protected by Federal, State or Local law, unless such basis constitutes a bona fide occupational qualification. HEART OF CARDON, LLC will comply with its legal obligation to provide reasonable accommodation to qualified disabled applicants.

Print and complete all information in ink:

Name (Last): Whyde (Aumick)  (First): Holly  (Middle): M
Street Address: 4351 Osage Ct  City: Columbus  State & Zip: IN 47201
Home Phone: 317-450-5838  Cell Phone: 317-450-5838
Social Security Number: ▇▇▇-▇▇-4455  E-Mail Address: holly.whyde@gmail.com
Are you at least 18 years of age? ☒ Yes ☐ No  (Individuals under the age of 18 may be required to obtain a work permit)
Are you eligible to work in the United States? ☒ Yes ☐ No  Federal Law requires that employers hire only individuals who are authorized to be lawfully employed in the United States.
Desired Position: RN  Rate of Pay: neg  Date Available: immediate

7

| | |
|---|---|
| Professional License or Certification – Type Held: | Registered Nurse |
| State of Indiana or National License #: 28113898A | Expiration Date: 10/31/2017 |

Summarize special job-related skills and qualifications acquired from education, employment, volunteer work, or military service, and/or experiences, interests, or attributes which you believe will enhance your qualifications for employment:

Please explain any gaps in work history:

Have you ever been discharged or asked to resign from any position of employment? If yes, please explain: ☐ Yes ☒ No

Have you ever been charged or convicted of any crime as an adult? If yes, please explain:
(Charges or Convictions may not disqualify an applicant.
You are not required to disclose sealed or expunged records.) ☐ Yes ☒ No

**Applicant's Statement**

I certify that this application was completed by me and that all entries on it are TRUE, ACCURATE, and COMPLETE to the best of my knowledge. In the event of employment, I understand that false, misleading, or omitted information in my application may result in discharge. I authorize investigation of all statements contained in this application for employment as may be necessary in arriving at an employment decision. I consent to this investigation and to the consideration of any statements of references of former employers that are given in response to this inquiry. I hereby release all parties, including but not limited to HEART OF CARDON, LLC, personal references, and previous employers, from any and all liability for any injury or damage that may result from their furnishing information to HEART OF CARDON, LLC concerning me or any action HEART OF CARDON, LLC takes on the basis of such information. I understand that part of the application/hiring process may include a pre-employment drug test. If I choose not to submit to testing, or the result is positive, I understand that I will not be considered for employment. In the event of employment, I agree to submit to a medical examination that any offer of employment is contingent upon the results of that examination. I hereby authorize any doctor, hospital, clinic, laboratory, or other medical facility to furnish any medical information with reference to me as may be necessary. I understand that this consent to release of medical records is revocable, in writing, by me at any time. I understand that this application is not, and is not intended to be, a contract of employment and that any resulting employment relationship is for no fixed period of time and is terminable at any time and for any reason by HEART OF CARDON, LLC or by me. I have been given the opportunity to review the job description for the position for which I am applying (these are on-line accompanying various job openings). I believe I can perform the essential functions of the job without accommodations. If I feel I will require accommodations I will discuss with the hiring manager.

Holly Whyde — Printed Name of Applicant
Holly M Whyde — Signature of Applicant

## *Summary*

21. Based on the above information, which does not include all of the information known to me, probable cause has been established that Whyde:

A. in a matter involving a health care benefit program, knowingly and willfully made materially false, fictitious, or fraudulent statements or representations, or made or used materially false writings or documents knowing the same to contain any materially false, fictitious, or fraudulent statement or entry, in connection with the delivery of or payment for health care benefits, items, or services, all in violation of Title 18, United States Code, Section 1035; and

  B. knowingly possessed and used, without lawful authority, a means of identification of another person, during and in relation to violating Title 18, United States Code, Section 1035, all in violation of Title 18, United States Code, Section 1028A(a).

                     David White
                      Special Agent
                      United States Department of Health and Human Services
                      Office of Inspector General
                      Office of Investigations

  Subscribed and sworn to before me, Denise K. LaRue, United States Magistrate Judge, this 17th day of February, 2016.

                      Denise K. LaRue
                      United States Magistrate Judge
                      Southern District of Indiana