# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

*2016 FEB 18 AM 11: 24*

| | |
|---|---|
| USA | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:16-mj-126-DKL |
| HOLLY WHYDE | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court and I appear in this case as counsel for:

HOLLY WHYDE,

in the capacity of:

☐ CJA Appointment

☐ Federal Community Defender

☒ Retained Attorney

☐ Other: _____ (Please specify.)

*Attorney's signature*

Brian T. Newcomb, 20289-41
*Printed name and bar number*

Date: 2-18-2016

250 E. Jefferson Street, Franklin, IN 46131
*Address*

brian.newcomb@hanlawfirm.com
*E-mail address*

317-736-1982
*Telephone number*

317-736-6979
*FAX number*