AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**SEALED**

| | | |
|---|---|---|
| United States of America<br>v.<br><br>HOLLY MARIE WHYDE<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 1:16-mj-0126 |

**FILED**
FEB 18 2016
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* HOLLY MARIE WHYDE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: False statements relating to health care matters, in violation of Title 18, United States Code, Section 1035; and
Count 2: Aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a).

Date: February 17, 2016

*Issuing officer's signature*

City and state: Indianapolis, Indiana

Denise K. LaRue, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02-17-2016, and the person was arrested on *(date)* 02-18-2016
at *(city and state)* Columbus, Indiana

Date: 02-18-2016

*Arresting officer's signature*

SA Elizabeth M Carlson
*Printed name and title*