UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:16-mj-0126 |
| | ) | |
| HOLLY MARIE WHYDE, | ) | - 01 |
| Defendant. | ) | |

## MINUTE ENTRY
### For February 18, 2016

Parties appear for an initial appearance on the Complaint dated February 17, 2016. Defendant appeared in person and by retained counsel Brian Newcomb. Government represented by AUSA MaryAnn Mindrum for AUSA Cindy Cho. USPO represented by Mandy Burton.

Charges, rights and penalties were reviewed and explained.

Defendant waived her right to a preliminary hearing and probable cause was found.

Government orally moved for pretrial detention and a hearing was granted. Detention hearing set for **February 22, 2016 at 1:30 pm in courtroom 238**.

Government orally moved to unseal the case file and the same granted.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the Court.

Dated: 02/18/2016

_Denise K. LaRue_
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to counsel via electronic notification.