UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:16-mj-0126 |
| | ) | |
| HOLLY MARIE WHYDE, | ) | - 01 |
| Defendant. | ) | |

**ORDER REGARDING RELEASE OF
PRETRIAL SERVICES REPORT**

This matter comes before the Court on the Government's oral motion for disclosure of the PS3 and the Court, having finding good cause and no promise of confidentiality and no likelihood of harm, **GRANTS** the Motion and orders the reports released to counsel of record.

**SO ORDERED** this 22nd day of February, 2016.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF.