UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
FEB 22 2016
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:16-mj-0126 |
| | ) | |
| HOLLY MARIE WHYDE, | ) | - 01 |
| Defendant. | ) | |

## WAIVER OF DETENTION HEARING

Comes now the defendant and, having been advised by counsel of his right to a detention hearing, now waives said detention hearing, pursuant 18 U.S.C. §3142(f)(2).

Further, the defendant understands that he will be detained until time of trial.

Date: 2-22-16

_Holly M Whyde_
Defendant

_[signature]_
Attorney for Defendant

Approved:

_[signature]_
Tim A. Baker
United States Magistrate Judge

2/22/16